AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 03, 2026**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| DANIELLE W., <br> *Plaintiff* <br> v. <br><br> FRANK BISIGNANO, <br> COMMISSIONER OF SOCIAL SECURITY, <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> Civil Action No.   1:24-CV-03191-MKD |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:   Plaintiff's Brief, ECF No. 6, is GRANTED.
Defendant's Brief, ECF No. 8, is DENIED.
Judgment entered in favor of Plaintiff.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   Mary K. Dimke

Date:  March 3rd, 2026

CLERK OF COURT

s/Sean F. McAvoy
*Signature of Clerk*